**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq.
California Bar No. 250548
Law Office of Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
danielshay@tcpafdcpa.com

**GREENWALD DAVIDSON RADBIL PLLC**
Jesse S. Johnson (*pro hac vice*)
Florida Bar No. 0069154
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: 561-826-5477
Fax: 561-961-5684
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the putative class*

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**
James K. Schultz
Debbie P. Kirkpatrick
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Phone: 619-222-3362
Fax: 619-296-2013
dkirkpatrick@sessions.legal

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE JONES, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:16-cv-08208-BRO-AGR<br><br>ORDER ON<br>STIPULATION OF DISMISSAL |

**IT IS SO ORDERED.**

DATED: May 11, 2017

_____
UNITED STATES DISTRICT JUDGE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and agree that Plaintiff's individual claims be dismissed, with prejudice, and the putative class's claims be dismissed, without prejudice, with each party bearing its own attorney's fees and costs.

Dated: May 10, 2017  Respectfully submitted,

*s/ Jesse S. Johnson*
Jesse S. Johnson (*pro hac vice*)
jjohnson@gdrlawfirm.com
Greenwald Davidson Radbil PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477
Fax: (561) 961-5684

Daniel G. Shay
danielshay@tcpafdcpa.com
California Bar No. 250548
Law Office of Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Phone: 619-222-7429
Fax: 866-431-3292

*Counsel for Plaintiff and the putative class*

*s/ Debbie P. Kirkpatrick*
James K. Schultz
Debbie P. Kirkpatrick
dkirkpatrick@sessions.legal
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South, Suite 150

San Diego, CA 92108
Phone: 619-222-3362
Fax: 619-296-2013

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2017, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*s/ Jesse S. Johnson*
Jesse S. Johnson